1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNY ARAFILES,                           Case No. 2:24-cv-03281-DAD-CSK

12                    Plaintiff,

13          v.                                  ORDER TO SHOW CAUSE REGARDING
                                                SERVICE OF PROCESS
14   GROCERY OUTLET,

15                    Defendant.

16

17          Plaintiff Johny Arafiles, who proceeds without the assistance of counsel, filed a

18   complaint on November 25, 2024 against Defendant Grocery Outlet and an application

19   to proceed in forma pauperis ("IFP"). (ECF Nos. 1, 2.) On April 1, 2025, Plaintiff's IFP

20   application was denied without prejudice for being unsigned and Plaintiff was granted

21   twenty-one (21) days to pay the filing fee or file a complete and signed IFP application.

22   (ECF No. 3.) On May 1, 2025, Plaintiff paid the filing fee and was provided a summons

23   and initial scheduling order by the Clerk of Court.[1] (*See* ECF Nos. 4, 5.) The initial

24   scheduling order stated:

25              Plaintiff shall complete service of process on all Defendants
                named in the complaint within 90 days from the date of this
26              order. Plaintiff shall provide each Defendant with a copy of (i)

27   _____

28   [1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ.
     P. 72, and Local Rule 302(c)(21).

                                            1

the summons; (ii) the complaint; (iii) this order; and (iv) the Consent to Assignment or Request for Reassignment information.

a. Within 10 days after service of process on a given Defendant, Plaintiff(s) shall file with the Clerk a certificate stating that the Defendant was served under Rule 4.

b. The Court cautions Plaintiff(s) that this case may be dismissed if service of process 11 is not accomplished within 90 days. *See* Federal Rule of Civil Procedure 4(m).

(ECF No. 5 at 2 ¶ 2.) Despite these orders, the record does not reflect that Plaintiff has attempted proper service on Defendant. (*See* Docket.) This is also required by Rule 4 of the Federal Rules of Civil Procedure:

If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Thus, Plaintiff's complaint is on the verge of being dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of this order, Plaintiff shall file a statement with the Court indicating the status of service, or any good cause for why Defendant has not been served under Rule 4 of the Federal Rules of Civil Procedure; and

2. Failure to respond to this order, or failure to show good cause for the lack of service of process, may result in dismissal of Plaintiff's case without prejudice.

Dated:  October 16, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, araf3281.24

2