UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNY ARAFILES,

Plaintiff,

v.

GROCERY OUTLET,

Defendant.

Case No. 2:24-cv-03281-DAD-CSK PS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 7)

Plaintiff initiated this civil action by filing a complaint on November 25, 2024, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On October 17, 2025, the assigned magistrate judge issued an order requiring plaintiff to show cause in writing within fourteen (14) days of the service of the order why this action should not be dismissed due to plaintiff's failure to effect service of process within the time provided by Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. No. 6.) That order to show cause warned plaintiff that failure to respond within the fourteen (14) days provided could result in a recommendation that this action be dismissed without prejudice. (*Id.* at 2.) Nonetheless, plaintiff did not respond to the order to show cause in any way. Accordingly, on November 25, 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed due to plaintiff's failure to effect service of process within the time

provided by Rule 4(m) of the Federal Rules of Civil Procedure and for failure to prosecute. (Doc. No. 7.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 5.) Plaintiff has not filed any objections or otherwise communicated with the court, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on November 11, 2025 (Doc. No. 7) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE